UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:20-cv-00850-AB-AFM                                         Date: November 13, 2020

Title      Michael Thompson v. Unknown

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

     On September 10, 2020, the Court granted plaintiff's request to amend his complaint and ordered plaintiff to file a Second Amended Complaint no later than October 15, 2020 using the blank Central District civil rights complaint form that was enclosed with the Order.  The docket shows that, as late as the date of this Order, plaintiff has not filed a Second Amended Complaint.

     Accordingly, IT IS ORDERED that on or before **December 4, 2020**, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a Second Amended Complaint on or before December 4, 2020 shall discharge the Order to Show Cause. Further, plaintiff is admonished that if he fails to timely file a Second Amended Complaint, the Court will recommend that this action be dismissed.

                                                                              **Initials of Preparer**     :  ib