JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. THOMPSON, JR., | Case No. 5:20-cv-850-AB (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNKNOWN, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: August 4, 2021

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge